A Bollers             4.1.2019

Case No 19-11305-mdc

I Colin A Bollers. is asking the court to please grant me some more time to uplift some more Doucments, to submit to the court. and also to get a Lower.

**FILED**
APR - 1 2019
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

Colin A Bollers

tel No 215-272-6708