**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re** | : | **Chapter** 13 |
| Colin Alfred Bollers | : | |
| | : | **Bankruptcy No.** 19-11305 |
| **Debtor** | : | |

**ORDER**

**AND NOW**, upon consideration of the Debtor(s)' Motion for Extension of Time to File the required documents, and retain a lawyer it is hereby

**ORDERED** that the motion is **GRANTED** and the debtor(s) may file their documents on or before May 2, 2019.

Dated: April 2, 2019

Magdeline D. Coleman
United States Bankruptcy Judge

extend.frm
(11/95)