**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE

:Chapter13

**Colin A. Bollers**

(DEBTOR)                                                     :Bankruptcy #19-11305-mdc

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly enter our appearance on behalf of the above Debtor.

Respectfully submitted,

DATED: May 2, 2019                            _____/s/_____
Michael A. Cataldo, Esquire
Cibik and Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
(215) 735-1060