**HOLY CROSS PARISH**
*154 E. Mt. Airy Avenue*
*Philadelphia, PA 19119*
*215-438-2921*

July 31, 2018

To Whom It May Concern:

    This affidavit testifies that Mr. Colin Bollers is a member of our parish staff at Holy Cross, whose services to us warrant a rate of $1500 per month.

    His work for us consists of set-up and take-down of furniture, equipment, and supplies for parish events; assisting at organizing weekly parish liturgies; maintenance and cleaning of our sanctuary space; and participating in the coordination of volunteer services in these and related areas.

Sincerely,

(Rev.) William E. Grogan
Pastor, Holy Cross Parish

*We adore You, O Christ, and we bless You,*
*because by Your Holy Cross You have redeemed the World!*