**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                       :          Chapter 13
Colin A. Bollers

   (DEBTOR)                           :          Bankruptcy No. 19-11305MDC13

## ORDER

AND NOW, this 28th day of May, 2019 upon consideration of Debtor's Motion to Avoid Judicial Lien of **Portfolio Recovery Associates, LLC**, and any answer and after a hearing

It is Ordered that the Motion is Granted. The Judicial lien pursuant to the Philadelphia Municipal Court action SC-16-10-12-4185 entered in the amount of $3,375.80 in November 28, 2016 upon Debtor's residence, 120 W. Sharpnack Street, Philadelphia, PA is avoided pursuant to 11 USC 522 (d) (1) upon Discharge.

By the Court:

*Magdeline D. Coe*
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE