United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-11305-mdc
Colin Alfred Bollers                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Jennifer          Page 1 of 1           Date Rcvd: May 30, 2019
                       Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
db              +Colin Alfred Bollers,    120 West Sharpneck St.,    Philadelphia, PA 19119-4033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2019 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing, LLC
       bkgroup@kmllawgroup.com
      MICHAEL A. CATALDO2    on behalf of Debtor Colin Alfred Bollers ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Colin Alfred Bollers ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                         TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Colin A. Bollers | | |
| (DEBTOR) | : | Bankruptcy No. 19-11305MDC13 |

**ORDER**

AND NOW, this 28th day of May, 2019 upon consideration of Debtor's Motion to Avoid Judicial Lien of **Portfolio Recovery Associates, LLC**, and any answer and after a hearing

It is Ordered that the Motion is Granted. The Judicial lien pursuant to the Philadelphia Municipal Court action SC-16-10-12-4185 entered in the amount of $3,375.80 in November 28, 2016 upon Debtor's residence, 120 W. Sharpnack Street, Philadelphia, PA is avoided pursuant to 11 USC 522 (d) (1) upon Discharge.

By the Court:

*Magdeline D. Coleman*
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE