## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Colin Alfred Bollers | | CHAPTER 13 |
| Debtor(s) | | |
| Lakeview Loan Servicing, LLC | | |
| Movant | | |
| vs. | | NO. 19-11305 MDC |
| Colin Alfred Bollers | | |
| Debtor(s) | | 11 U.S.C. Sections 362 and 1301 |
| Johan Bollers | | |
| Shamane J. Cave | | |
| Co-Debtors | | |
| William C. Miller Esq. | | |
| Trustee | | |

### ORDER

AND NOW, this _15th_ day of _October_ , 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 120 West Sharpnack Street, Philadelphia, PA 19119 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_Magdeline D. C_

BJ.

Colin Alfred Bollers
120 West Sharpneck St.
Philadelphia, PA 19119

Johan Bollers
120 West Sharpneck St.
Philadelphia, PA 19119

Shamane J. Cave
120 West Sharpneck St.
Philadelphia, PA 19119

Michael A. Cataldo
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532