**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: COLIN BOLLERS,<br><br>          Debtor(s). | Case No. 19-11305-mdc<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this  **13th**  day of  **December** , 201**9** , upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$5,000.00** is allowed and the balance due to counsel in the amount of **$4,500.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

*Magdeline D. Coleman*
_____
HON. MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE