United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-11305-mdc
Colin Alfred Bollers                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Marie              Page 1 of 1              Date Rcvd: Dec 13, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2019.
db              +Colin Alfred Bollers,    120 West Sharpneck St.,    Philadelphia, PA 19119-4033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2019 at the address(es) listed below:
    KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing, LLC
     bkgroup@kmllawgroup.com
    MICHAEL A. CATALDO2    on behalf of Debtor Colin Alfred Bollers ecf@ccpclaw.com,
     igotnotices@ccpclaw.com
    MICHAEL A. CIBIK2    on behalf of Debtor Colin Alfred Bollers ecf@ccpclaw.com,
     igotnotices@ccpclaw.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                         TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: COLIN BOLLERS,<br><br>Debtor(s). | Case No. 19-11305-mdc<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this __13th__ day of _____December_____, 201_9_, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$5,000.00** is allowed and the balance due to counsel in the amount of **$4,500.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_Magdeline D. Coleman_
HON. MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE